MARK R. THIERMAN (S.B. #72913)
THIERMAN LAW FIRM P.C.
7287 Lakeside Drive
Reno, NV 89511
Tel: (775) 284-1500; Facsimile: (775) 703-5027

JAMES F. CLAPP (S.B. #145814)
J. KIRK DONNELLY (S.B. #179401)
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Dr., Ste. 970
San Diego, CA 92122
Tel: (858) 623-4200 Facsimile: (858) 623-4299
Attorneys for Plaintiff

TERRY E. SANCHEZ (State Bar No. 101318)
MALCOLM A. HEINICKE (State Bar No. 194174)
KATHERINE M. FORSTER (State Bar No. 217609)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Tel: (415) 512-4000; Facsimile: (415) 512-4077

Attorneys for Defendant
MERRILL LYNCH, PIERCE, FENNER & SMITH
INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN BURNS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. C 04 4135 (MMC)<br><br>~~[REVISED] [PROPOSED]~~ ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AND SETTING SETTLEMENT HEARING<br><br>Date:  September 9, 2005<br>Time:  9:00 am<br>Place: Courtroom 7, 19th Floor<br><br>**HONORABLE MAXINE M. CHESNEY** |

1101131. 9

- 1 -

The joint motion of the Settling Parties for an order preliminarily approving a class action settlement and setting a settlement hearing, came on for hearing on September 9, 2005. The Court has considered the Stipulation Re: Settlement of Class Action (and its exhibits), the submissions of counsel, and all other papers filed in this action. The matter having been submitted and good cause appearing therefore:

The Court finds as follows:

1. All defined terms contained herein shall have the same meanings as set forth in the Stipulation Re: Settlement of Class Action executed by the Settling Parties and filed with this Court (the "Stipulation");

2. The Class Representative and Merrill Lynch, through their counsel of record in the Litigation, have reached an agreement to settle all claims in the Litigation;

3. The Court conditionally finds that, for the purposes of approving this settlement only and for no other purpose and with no other effect on the Litigation, including no effect on the Litigation should the Stipulation not ultimately be approved or should the Effective Date not occur, the proposed Class meets the requirements for certification under Rule 23 of the Federal Rules of Civil Procedure:  (a) the proposed Class is ascertainable and so numerous that joinder of all members of the class is impracticable; (b) there are questions of law or fact common to the proposed Class, and there is a well-defined community of interest among members of the proposed Class with respect to the subject matter of the Litigation; (c) the claims of Class Representative Ken Burns are typical of the claims of the members of the proposed Class; (d) Class Representative Ken Burns will fairly and adequately protect the interests of the Members of the Class; (e) a class action is superior to other available methods for an efficient adjudication of this controversy; and (f) the counsel of record for the Class Representatives are qualified to serve as counsel for the Class Representatives in their own capacities as well as their representative capacities and for the Class;

4. The moving parties also have presented to the Court for review a Stipulation Re: Settlement of Class Action. The Stipulation is within the range of reasonableness and meets the requirements for preliminary approval; and

5. The moving parties have also presented to the Court for review a revised plan to provide notice to the proposed Class of the terms of the settlement and the options facing the Class including, *inter alia*: to opt out of the class action, to remain in the Settlement Class, to object to the terms of the settlement, with counsel if desired, and/or to be a Participating Claimant. The revised notice will be mailed to all Class Members at their Last Known Addresses. The revised notice plan proposed by the Settling Parties is the best practical under the circumstances.

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Stipulation of Settlement is preliminarily approved and the Class is provisionally certified;

2. Notice of the proposed settlement, and the rights of Class Members to opt out of the settlement or become a Participating Claimant, shall be given by mailing of the Notice to Class Members Re: Pendency of a Class Action by first class, postage prepaid, to all Class Members pursuant to the applicable provisions in the Stipulation and mailed no later than October 24, 2005. Merrill Lynch shall provide the Claims Administrator with the information necessary to conduct this mailing as set forth in the Stipulation;

3. A hearing shall be held before this Court on February 17, 2006 at 9:00 a.m. to consider whether the settlement should be given final approval by the Court:

(a) Written objections by Class Members to the proposed settlement will be considered if received by the Court, on or before the Notice Response Deadline, which is December 23, 2005;

(b) At the Settlement Hearing, Class Members may be heard orally in support of the settlement, or in opposition to the settlement, provided they submitted a timely written objection on or before the Notice Response Deadline, which is December 23, 2005;

(c) Class Counsel and counsel for Merrill Lynch should be prepared at the hearing to respond to objections filed by Class Members and to provide other information as appropriate, bearing on whether or not the settlement should be approved; and

4. In the event that the Effective Date occurs, all Settlement Class Members

1101131.9
- 3 -

1  will be deemed to have forever released and discharged the Released Claims. In the event that
2  the Effective Date does not occur for any reason whatsoever, the Stipulation shall be deemed null
3  and void and shall have no effect whatsoever.
4            5.   No later than January 13, 2006, the parties shall file a joint motion for final
5  approval of the settlement, and the Class Representative and Class Counsel shall file their motion
6  for attorney fees.

8  PURSUANT TO STIPULATION, IT IS SO ORDERED.

11  DATED:  September 13, 2005

           _____
           The Honorable Maxine M. Chesney
           United States District Judge

1101131.9

- 4 -

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL (CASE NO: C 04 4135 (MMC))