1  MARK R. THIERMAN (S.B. #72913)
   THIERMAN LAW FIRM P.C.
2  7287 Lakeside Drive
   Reno, NV 89511
3  Tel: (775) 284-1500; Facsimile: (775) 703-5027

4  JAMES F. CLAPP (S.B. #145814)
   J. KIRK DONNELLY (S.B. #179401)
5  DOSTART CLAPP & COVENEY, LLP
   4370 La Jolla Village Dr., Ste. 970
6  San Diego, CA 92122
   Tel: (858) 623-4200 Facsimile: (858) 623-4299
7  Attorneys for Plaintiff

8  TERRY E. SANCHEZ (State Bar No. 101318)
   MALCOLM A. HEINICKE (State Bar No. 194174)
9  KATHERINE M. FORSTER (State Bar No. 217609)
   MUNGER, TOLLES & OLSON LLP
10 560 Mission Street, 27th Floor
   San Francisco, California 94105-2907
11 Tel: (415) 512-4000; Facsimile: (415) 512-4077

12 Attorneys for Defendant
   MERRILL LYNCH, PIERCE, FENNER & SMITH
13 INCORPORATED

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

| KEN BURNS, individually, and on behalf of all others similarly situated, | CASE NO. C 04 4135 (MMC) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DETERMINING GOOD FAITH AND GRANTING FINAL APPROVAL OF SETTLEMENT |
| vs. | Date:   February 17, 2006<br>Time:   9:00 am<br>Place:  Courtroom 7, 19th Floor |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, and DOES 1 to 50, inclusive, | |
| Defendants. | **HONORABLE MAXINE M. CHESNEY** |

1101131. 12                           - 1 -

1 | Having considered the Stipulation Re: Settlement of Class Action ("Stipulation")
2 | and all other materials properly before the Court and having conducted an inquiry pursuant to the
3 | Federal Rules of Civil Procedure, Rule 23, the Court finds that the Stipulation was entered by all
4 | parties in good faith, and the Stipulation is approved, including an award of attorney fees for
5 | Class Counsel in the amount of $9,250,000 and allowable litigation costs and expenses of up to
6 | $50,000. The Court will simultaneously, or the Clerk of the Court shall, enter the Judgment
7 | provided in the Stipulation. Merrill Lynch, itself or through the Claims Administrator, shall
8 | deliver the payments to the Participating Claimants, the Class Representative and Class Counsel
9 | as provided for in the Stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 17, 2006

_____
The Honorable Maxine M. Chesney
United States District Court Judge

1101131.12

- 2 -

[PROPOSED] ORDER DETERMINING GOOD FAITH (CASE NO: C 04 4135 (MMC))